KW

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 25-MJ-347 DJF

AMIIR MAWLID ALI

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 3, 2025, in Hennepin County, in the State and District of Minnesota, defendant did knowingly possess a machinegun, namely, a Glock model 29gen5 10mm semiautomatic pistol equipped with a fully automatic conversion device, bearing serial number CENM539 in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

David Ligneel
Federal Bureau of Investigation

*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date: 6/05/2025

City and State: Minneapolis, Minnesota

*Judge's Signature*

The Honorable Dulce J. Foster
United States Magistrate Judge

*Printed Name and Title*