**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Jeffrey M. Bryan |
| Plaintiff, | ) | U.S. District Judge |
| v. | ) | |

| | |
|---|---|
| Case No: | 25-CR-00256 JMB/EMB |
| Date: | April 15, 2026 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 9:08 a.m. – 11:10 a.m. |
| | 1:35 p.m. – 1:43 p.m. |
| Time Concluded: | 1:43 p.m. |
| Time in Court: | 2 hours 10 minutes |

AMIIR MAWLID ALI,

Defendant.

**APPEARANCES:**

Plaintiff:     Albania Concepcion, Alexandra Swain, United States Attorney's Office
Defendant:   Eric Nelson, Julia Forbes, Halberg Criminal Defense     ☒ Retained

**PROCEEDINGS:**

x **Jury Trial – Concluded (Trial Day 3).**
x Defense rests.
x Closing arguments.
x Jury received the case at 10:54 a.m.
x Verdict received at 1:12 p.m.
x Guilty as to Count 1.
x Defendant remanded to the custody of the USMS.

IT IS ORDERED:
x Clerk to file verdict.

_____s/G. Bendickson_____
Courtroom Deputy
