# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO ____________

United States of America

Plaintiff

vs

Amiir Mawlid Ali

Defendant

25-CR-00256

District Court Docket Number

Hon. Jeffrey M. Bryan

District Court Judge

Notice is given that Amiir Mawlid Ali appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment & Commitment ☑ Order (Specify) (DN 55—Unlawful search/seizure) entered in this action on October 28, 2026

[signature]

Signature of Defendant's Counsel

Eric J. Nelson/Julia A. Forbes

Typed name of Defendant's Counsel

7900 Xerxes Ave. So.

Street Address/Room Number

( 612 ) 333-3673

Telephone Number

Bloomington 55431

City State Zip

October 30, 2026

Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please Prepare a transcript of:

- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof ____________
- ☑ Sentencing 10/28/2026
- ☐ Post Trial Proceedings
- ☐ Other (Specify) ____________

☑ I am not ordering a transcript because

- ☑ Previously filed (DN 49)
- ☐ Other (Specify) ____________

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, ______ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

[signature]

Attorney's Signature

10/30/2026

Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET

## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address : ADDRESS REDACTED
   ADDRESS REDACTED

2. Date of Sentence: 10/28/2026 ☑ Jury ☐ Non-Jury

   Offenses: Unlawful possession of machinegun; 18 USC § 922(o)(1)

   Trial Testimony - Number of days 4 Bail Status: NA

3. Sentence and Date Imposed: 33 months; 10/28/2026

4. Appealing: Sentence ☐ Conviction ☐ Both ☑

   Challenging:
   - ☑ Application of Sentencing Guidelines
   - ☐ Constitutionality of Guidelines
   - ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 10-30-2026

   Stenographer in Charge : Nancy Meyer

   (Name, Address, Phone)

6. Trial Counsel Was: ☐ Appointed (no fee required) ☑ Retained (filing fee $605 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?

   ☐ Yes ☑ No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   ☐ Yes ☑ No

7. Assistant US Attorney Name and Phone Number: Albania Concepcion
   612-664-5400

**Court Reporter Acknowledgment**

Date Order Received ____ Estimated Completion Date ____ Est. Number of Pages ____

Court Reporter Signature ____ Date ____